**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JOSE ADONAY MORALES HERCULES,**

     Petitioner,

v.                                                                                  Civil Action No. **3:26CV745 (RCY)**

**WILLIAM P. JOYCE, et al.,**

     Respondents.

**MEMORANDUM OPINION**

The Court has received a 28 U.S.C. § 2241 petition filed by or on behalf of Jose Adonay

Morales Hercules, an immigration detainee.  Petitioner's typed name is used on the § 2241 petition

and other documents accompanying the petition, and he has not signed the § 2241 petition.[1]

Rule 2 of the Rules Governing Section 2254 Cases[2] requires that petitions pursuant to 28

U.S.C. § 2254—and, by extension, § 2241—"be signed under penalty of perjury by the petitioner

or by a person authorized to sign for the petitioner under 28 U.S.C. § 2241."  Rules Governing

§ 2254 Cases in the U.S. District Courts, Rule 2(c)(5).  Petitioner must sign (**by wet signature**

**with a pen**) his submissions to this Court under penalty of perjury.

Accordingly, the § 2241 Petition (ECF No. 1) will be DENIED WITHOUT PREJUDICE

and the action will be DISMISSED.

Nevertheless, in order to expedite any further § 2241 petition filed by Petitioner himself,

the Clerk is DIRECTED to mail a copy of this Memorandum Opinion and a standardized form for

---

[1] This is the second petition the Court has received from Petitioner.  Petitioner's first petition was denied without prejudice because the petition was not signed by Petitioner.  *See Morales Hercules v. Joyce*, No. 3:26CV682 (E.D. Va. July 21, 2026), ECF Nos. 2, 3.  Petitioner's typed name was used and the petition was not mailed from the Farmville Detention Center where Petitioner is located.

[2] Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241.  Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

filing a § 2241 petition to Petitioner at the Farmville Detention Center.  If Petitioner wishes to pursue a § 2241 petition, he should complete and return the form to the Court.  Petitioner must sign (**by wet signature with a pen**) the form himself.  Any § 2241 petition will be opened as a new civil action.

An appropriate Final Order shall issue.

_____ /s/ _____

Roderick C. Young
United States District Judge

Date:  August 5, 2026
Richmond, Virginia

2